EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2008 TSPR 103 |
| Segismundo López Montalvo | 174 DPR _____ |

Número del Caso: TS-12,898

Fecha: 27 de mayo de 2008

Abogado de la Parte Peticionaria:

Por Derecho Propio

Materia: Reinstalación al ejercicio de la abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

                                                Queja

Segismundo López Montalvo                 TS-12,898

*RESOLUCIÓN*

En San Juan, Puerto Rico, a 27 de mayo de 2008.

     Examinada la Moción solicitando reinstalación a la profesión de abogado presentada en este caso, se reinstala inmediatamente al Lcdo. Segismundo López Montalvo al ejercicio de la abogacía.

     Lo pronunció y manda el Tribunal y lo certifica la Secretaria del Tribunal. El Juez Asociado señor Rivera Pérez inhibido.

                          Dimarie Alicea Lozada
            Secretaria del Tribunal Supremo, Interina